**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

---

# EXHIBIT A

## Certificate of Registration

U.S. Copyright Registration No. TX 9-510-125

*Comic Book Stain Removal and Whitening:*
*Supplemental Guide to Comic Book CPR*
*Effective date of registration: May 22, 2025*
*Authors of record: Michael Frederik Sorensen, Chris Trump,*
*James J Wulgaert, and Joseph J Topczewski*

Cited at Complaint Paragraphs 51 through 53, 110, and 114

**Registration Number**

# TX 9-510-125

**Effective Date of Registration:**
May 22, 2025
**Registration Decision Date:**
June 16, 2025

## Title

**Title of Work:** Comic Book Stain Removal and Whitening: Supplemental Guide to Comic Book CPR

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** January 01, 2022
**Nation of 1st Publication:** United States
**International Standard Number:** ISAN B09QJXBJ3X

## Author

- **Author:** Michael Frederik Sorensen
  **Author Created:** text, photograph(s)
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

- **Author:** Chris Trump
  **Author Created:** text, photograph(s)
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

- **Author:** James J Wulgaert
  **Author Created:** text, photograph(s)
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

- **Author:** Joseph J Topczewski
  **Author Created:** text, photograph(s)
  **Work made for hire:** No
  **Citizen of:** United States

**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Michael Frederik Sorensen
330 Babb Rd, Bradford, AR, 72020, United States

**Copyright Claimant:** Chris Trump
302 Bramwell Pl, Matthews, NC, 28105, United States

**Copyright Claimant:** James Wulgaert
2715 18th Ave, Rock Island, IL, 61201 United States

**Copyright Claimant:** Joseph Topczewski
49 Boone Village, #277, Zionsville, Indiana, 46077, United States

## Limitation of copyright claim

**Material excluded from this claim:** preexisting photographs

**New material included in claim:** text, photograph(s)

## Rights and Permissions

**Name:** Joseph J Topczewski
**Email:** joseph.topczewski@gmail.com
**Telephone:** (262)989-7792
**Address:** 49 Boone Village, #277
Zionsville, Indiana 46077 United States

## Certification

**Name:** Joseph Topczewski
**Date:** May 22, 2025

---

**Correspondence:** Yes